UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
TENZIN DAKTEN,                                             :
:
                Plaintiff,     :
:    23-CV-639 (VSB) (SN)
      - against -                                   :
:    **ORDER**
:
165 EMMUT PROPERTIES LLC, *et al.*,                        :
:
                Defendants.    :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties reached a settlement in principle during the March 12, 2025 settlement conference before Magistrate Judge Sarah Netburn.

      Accordingly, it is hereby:

      ORDERED that the motion to dismiss is DENIED without prejudice to renewal or refiling. I express no opinion on the merits of the motion.

      The Clerk of Court is respectfully directed to terminate the pending motion at Doc. 14.

SO ORDERED.

Dated: March 13, 2025
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge